# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:15-cv-161-GCM
### (3:12-cr-116-GCM-1)

| | | |
|---|---|---|
| **RANDY ALAN CARPENTER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Supplement his Motion under 28, United States Code, Section 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. (Doc. No. 5).

Petitioner seeks to supplement his motion to vacate with an email, attached as Petitioner's Exhibit A, from Petitioner's defense counsel to Government counsel. (Doc. No. 5-1). Petitioner states that he received the exhibit from his trial counsel after filing his original motion to vacate and that it supports several claims in his motion to vacate.

Petitioner's Motion to Supplement, (Doc. No. 5), is **GRANTED**.

Graham C. Mullen
United States District Judge